**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WHOLESOME SOY PRODUCTS, INC.,<br>a corporation,<br><br>    and<br><br>JULIA TRINH and<br>PAUL TRINH,<br>individuals,<br><br>    Defendants | **Case No. 1:15-cv-2974**<br><br>**MOTION FOR JUDGMENT** |

    The United States of America, Plaintiff, by and through its undersigned counsel, hereby respectfully requests that the Court sign and enter the attached Consent Decree in the above-captioned action. Ex. 1. The Consent Decree resolves all claims the United States raises. All parties have agreed to entry of the Consent Decree, as evidenced by their signatures thereon. Accordingly, the United States respectfully requests that the Court sign and enter the Consent Decree as a judicial order.

Dated this 3rd day of April, 2015.

          Respectfully submitted,

    By: /s/ Daniel M. Baeza
       DANIEL M. BAEZA
       Consumer Protection Branch
       Department of Justice
       Civil Division
       6th Floor South
       450 Fifth Street, N.W.
       Washington, DC 20001
       Phone: (202) 616-4916
       E-mail: Dan.Baeza@usdoj.gov

       Of Counsel:

       WILLIAM B. SCHULTZ
       General Counsel
       U.S. Dept. of Health and
       Human Services
       ELIZABETH H. DICKINSON
       Chief Counsel
       Food and Drug Division

       PERHAM GORJI
       Deputy Chief Counsel
       Food and Drug Division

       CHARLOTTE HINKLE
       Assistant Chief Counsel
       Food and Drug Division
       10903 New Hampshire Avenue
       Silver Spring, MD 20993-0002
       Charlotte.Hinkle@fda.hhs.gov

**CERTIFICATE OF SERVICE**

    I, Daniel M. Baeza, certify that on April 3, 2015, I served a true copy of the Motion for Judgment on all counsel of record via e-mail.

                                      /s/ Daniel M. Baeza
                                      DANIEL M. BAEZA